UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ERIN HALL,<br><br>                    Plaintiff,<br><br>     vs.<br><br>I.Q. DATA INTERNATIONAL,<br><br>                    Defendants. | CASE NO.   2:22-cv-00720-JCM-NJK |

**ORDER GRANTING**
**DEFENDANT I.Q. DATA INTERNATIONAL, INC.'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant I.Q. Data International, Inc. ("IQD"), by and through its attorneys of Gordon Rees Scully Mansukhani, LLP, respectfully moves for an unopposed extension of time to file its answer or otherwise responsive pleading to Plaintiff's Complaint. In support, IQD states as follows:

1. On May 5, 2022, Plaintiff filed a Complaint against IQD (alongside the other three Defendants), generally alleging that IQD violated the Fair Credit Reporting Act, 15 U.S.C § 1681 *et seq.* ("FCRA").

2. On May 9, 2022, IQD was served with Plaintiff's Complaint, making its responsive pleading deadline May 31, 2022.

3. IQD recently retained the undersigned counsel, who is in the process of investigating the allegations set forth in Plaintiff's Complaint and preparing its response.

4. On May 31, 2022, Defense Counsel for IQD contacted counsel for Plaintiff, who subsequently agreed to provide IQD with an extension of time through and including June 27, 2022, in which to respond to the Complaint.

5. IQD expects that a four week extension in which to respond to the Complaint will be sufficient to fully address the issues raised in Plaintiff's Complaint.

6. This motion is not brought to unduly delay these proceedings or to harass any party to this case.

WHEREFORE, IQD respectfully requests this Honorable Court grant it an extension of time, up to and including June 27, 2022, to file its responsive pleading to Plaintiff's Complaint, in the absence of any opposition and because good cause exists.

Respectfully submitted,

_s/Sean P. Flynn_
Sean P. Flynn, Esq.
Thierry Barkley, Esq.
GORDON REES SCULLY MANSUKHANI, LLP
1 East Liberty Street, Suite 424
Reno, NV 89501
Telephone:  (702) 577-9317
Email: sflynn@grsm.com
       tbarkley@grsm.com

Dated: June 1, 2022

**IT IS SO ORDERED:**

This unopposed motion of Defendant, I.Q. Data International, Inc., for an extension of time, up to and including June 27, 2022, to file its answer or otherwise responsive pleading, is hereby GRANTED.

_____
Nancy J. Koppe
United States Magistrate Judge

Dated: June 2, 2022.