1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ERIN HALL, | CASE NO.   2:22-cv-00720 -JCM-NJK |
|                       Plaintiff, | **ORDER EXTENDING TIME TO FILE THE JOINT DISCOVERY PLAN/SCHEDULING ORDER** |
|       vs. | |
| I.Q. DATA INTERNATIONAL, | |
|                       Defendants. | |

-1-

     Defendant I.Q. Data International, Inc. ("IQD"), by and through its attorneys of Gordon Rees Scully Mansukhani, LLP, and Plaintiff, Erin Hall, by and through her counsel of record, respectfully move for an extension of time to file the Joint Discovery Plan/Scheduling Order. In support, the Parties state as follows:

     1. On May 4, 2022, Plaintiff filed a Complaint against IQD, generally alleging that IQD violated the Fair Debt Collection Practices Act, 15 U.S.C § 1692 *et seq.* ("FDCPA").

     2. On May 9, 2022, IQD was served with Plaintiff's Complaint, making its responsive pleading deadline May 31, 2022.

     3. On June 27, 2022, IQD filed its responsive pleading.

     4. The Parties Joint Discovery Plan/Scheduling Order is currently due August 11, 2022.

     5. During the parties meet and confer process concerning the Joint Discovery Plan/Scheduling Order an issue was raised regarding whether this matter has been brought in the correct Venue.

     6. Plaintiff's Counsel is still attempting to discuss this issue with Plaintiff.

     7. The Parties expect that a four-week extension in which File the Joint Discovery Plan/Scheduling Order should be more than a sufficient amount of time for Plaintiff and her Counsel to explore this issue and the possibility of a Dismissal.

     8. This Joint Motion is not brought to unduly delay these proceedings, but potentially conserve Judicial resources.

     WHEREFORE, IQD and Plaintiff respectfully request this Honorable Court grant them an extension of time, up to and including September 8, 2022, to file their Joint Discovery Plan/Scheduling Order.

**IT IS SO ORDERED.**

Dated: August 12, 2022

_____
Nancy J. Koppe
United States Magistrate Judge